# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Christopher Harvey**
was received by me on *(date)* **3/9/24**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **CT Secretary of State**, who is
designated by law to accept service of process on behalf of *(name of organization)* **CT Secretary of State** on *(date)* **3/11/24** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **on 3/11/24 I deposited in the Post Office certified mail return receipt to directed a true and attested copy to Christopher Harvey at 238 W 56th Street Apt 1, NY, NY 10019 a true and attested copy.**

My fees are $ **27** for travel and $ **150.50** for services, for a total of $ **177.50**

I declare under penalty of perjury that this information is true.

Date: **3/13/24**

_____
Servers signature

**John A Lepito Jr**
**CT State Marshal**
Printed name and title

**PO Box 305**
**New Britain CT 06050**
Servers address

Additional information regarding attempted service, etc: