## SUPPLEMENTAL RETURN

| | |
|---|---|
| CASE NUMBER: 3:23-CV-00533-VAB | : UNITED STATES DISTRICT COURT |
| JANE DOE, ET AL | : DISTRICT OF CONNECTICUT |
| VS. | |
| LYFT DRIVES CONNECTICUT, INC., ET AL | : MARCH 11, 2024 |

And afterwards, on the 15TH day of MARCH, 2024, I received the annexed certified green card return receipt 9589 0710 5270 0565 1304 85 addressed to **CHRISTOPHER HARVEY, 238 W 56TH STREET, APT. 1, NEW YORK, NY 10019** from the U.S. Postal Service.

ATTEST:

_____
JOHN A. LEPITO, JR.
STATE MARSHAL
HARTFORD COUNTY